NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANOR CARE, INC. (formerly known as HCR MANOR CARE, INC.), HCR MANOR CARE, INC., and MANOR CARE OF AMERICA, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5038

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-776, Judge Lawrence M. Baskir.

---

**ON MOTION**

---

## ORDER

Upon consideration of the appellants' motion for an extension of time, until June 10, 2010, to file their reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 4 2010
_____
Date

cc: Gerald A. Kafka, Esq.
    Bethany B. Hauser, Esq.

s21

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 4 2010

**JAN HORBALY**
**CLERK**